**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:   June 6, 2008

Courtroom Deputy:   Patricia Glover
Court Reporter:     Suzanne Claar
Probation Officer:  Lynn Matesi

_____

**Criminal Case No.**  03-cr-00149-REB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Linda McMahan |
| v. | |
| LAWRENCE T. JOHNSON, | Dana Casper |
| Defendant. | |

_____

**COURTROOM  MINUTES - SUPERVISED RELEASE**

2:35 p.m.    Court in session.

The Defendant is present in court in custody.

Appearances of counsel.

Opening statements by the court.

The Defendant admits to violation No. 10.  The Government has no objection.

Defendant's counsel made a statement on behalf of the defendant, offered information in mitigation of his punishment and commented on the probation officer's determinations and other matters affecting sentence.

Statement by the Government.

The Court enters Findings of Fact, Conclusions of Law, and orders.

1

**It was ORDERED as follows:**

1. That the motion and petition of the probation department seeking a revocation of supervised release (Doc. #43, 65) are **GRANTED**;

2. That the Defendant's sentence to supervised release is now revoked, and the Defendant is re-sentenced committed to the Bureau of Prisons for a term of 24 months; No additional term of supervised release shall be imposed.

4. That presentence confinement credit be determined by the Bureau of Prisons under 18 U.S.C. Section 3585;

5. The defendant's request for a sentence to time served based on the information present the to the court by defendants counsel is respectfully **DENIED.**

6. Pending motions, including the defendant's motion for order to show cause, docket No. 46, filed April 16, 2007, the defendant's motion for hearing, docket No. 49, filed May 14, 2007, and the defendant's first motion for expedited hearing, docket No. 56, filed January 17, 2008, are **DENIED.**

7. That the extant orders, including but not limited to the judgment of conviction and sentence of this court, are amended and supplemented to the extent necessary to facilitate and implement these orders; and

8. That the Defendant is remanded to the custody of the United States Marshal.

**3:10 p.m.** **Court in recess.**

*Total court time:* 35 minutes.